# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY CASTRO,<br><br>    Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | Case No. 3:21-CV-00158-MMD-CLB<br><br>**ORDER DENYING, IN PART, AND GRANTING, IN PART, MOTIONS FOR SERVICE**<br><br>[ECF Nos. 23, 24] |

Plaintiff Anthony Castro ("Castro") has filed two similar motions for service of Defendants Troy Harris ("Harris") and Maria Ward ("Ward"). (ECF Nos. 23, 24.)[1] The Court will address the service of each Defendant separately. The motions request that the U.S. Marshal (""USM") access IRS information or do other research to find more current addresses for the Defendants at which they can be served. (*Id.*)

**I. Troy Harris**

On March 22, 2022, the Court ordered a summons to be issued for Troy Harris, and ordered the U.S. Marshal ("USM") to attempt service. (ECF No. 18.) The USM has not served Troy Harris; therefore, a return of service has yet to be filed. Based on the foregoing, Castro's motion as to Troy Harris is **DENIED as moot**. (ECF No. 23.)

**II. Maria Ward**

A return of service was filed as to Maria Ward indicating that a P.O. Box was provided by the Office of the Attorney General as her last known address; therefore, personal service could not be completed. (ECF No. 21.) Pursuant to the Court's order dated February 23, 2022, "[i]f the last known address of the defendant is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address." (ECF No. 14.) Therefore, Castro's motions as to Maria Ward are **GRANTED,**

---

[1] ECF No. 23 concerns both Defendants. ECF No. 24 concerns only Maria Ward.

**in part.** (ECF Nos. 23, 24.) On or before **April 25, 2022,** the Office of the Attorney General shall either file a physical address for Maria Ward under seal or file a declaration advising the Court of the specific steps undertaken to obtain and provide the last known physical address of Maria Ward.

DATED: April 11, 2022        .

                                    _____
                                    **UNITED STATES MAGISTRATE JUDGE**