1  AARON D. FORD
     Attorney General
2  VICTORIA C. COREY (Bar No. 16364)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-9245 (phone)
   (702) 486-3773 (fax)
6  Email: vcorey@ag.nv.gov

7  *Attorneys for Defendants,*
   *Troy Harris, Kevin Jones,*
8  *and Maria Ward*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY CASTRO, | Case No. 3:21-cv-00158-CLB |
| Plaintiff | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Jin Ackerman, *Pro Se* Plaintiff, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 29th day of December 2023.

_____
Anthony Castro #1136981
*Plaintiff, pro se*

DATED this 29th day of December 2023.
AARON D. FORD
Attorney General

/s/ *Victoria C. Corey*
Victoria C. Corey, (Bar No. 16364)
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  January 29, 2024

_____
UNITED STATES MAGISTRATE JUDGE